No. 556. FREDERICK S. GOSHORN ET AL., PETITIONERS, *v.* ROYAL TRUST COMPANY ET AL. February 19, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Henry W. Leman* for petitioners. *Mr. Frank H. Scott* and *Mr. Edgar A. Bancroft* for respondents.

No. 561. CHARLES G. DUNN, RECEIVER, ETC., PETITIONER, *v.* MITCHELL L. ERLANGER, SHERIFF, ETC. February 19, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. William Lesser* for petitioner. *Mr. Henry J. Goldsmith* for respondent.

No. 566. DELTA NATIONAL BANK ET AL., PETITIONERS, *v.* J. O. EASTERBROOK, TRUSTEE. February 19, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Edwin C. Brandenburg* for petitioners. No appearance for respondent.

No. 567. GEORGE H. GILMAN ET AL., PETITIONERS, *v.* JAMES A. HINSON. February 19, 1906. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. L. S. Bacon* for petitioners. *Mr. C. Clarence Poole* and *Mr. Taylor E. Brown* for respondent.

No. 599. FERDINAND EIDMAN, COLLECTOR, ETC., PETITIONER, *v.* FREDERICK B. TILGHMAN ET AL., EXECUTORS, ETC. February 26, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Robb* for petitioner. *Mr. Edward B. Whitney* for respondents.